AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**MARIO FRANCISCO MARTINEZ-HERNANDEZ**

# WARRANT FOR ARREST

CASE NUMBER: 08- 149M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)


in violation of Title __8__ United States Code, Section (s) __1326(a)__

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| [signature] | August 26, 2008   Wilmington, DE |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-26-08 | William David Dam | [signature] William Clark |
| DATE OF ARREST | | |
| 8-27-08 | | |

AO 442 (Rev 12/85) Warrant for Arrest



FILED
AUG 28 2008
U S DISTRICT COURT
DISTRICT OF DELAWARE

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __Mario Francisco Martinez-Hernandez__

ALIAS: ____

LAST KNOWN RESIDENCE: __N/A__

LAST KNOWN EMPLOYMENT: __N/A__

PLACE OF BIRTH: __Guatemala__

DATE OF BIRTH: __N/A__

SOCIAL SECURITY NUMBER: __N/A__

HEIGHT: ____  WEIGHT: ____

SEX: __MALE__   RACE: __GUATEMALAN__

HAIR: __DARK__   EYES: __DARK__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: __MULTIPLE 18th STREET GANG TATOOS__

FBI NUMBER: __874288LC4 (ALIEN NUMBER A97 698 472)__

COMPLETE DESCRIPTION OF AUTO: __N/A__

INVESTIGATIVE AGENCY AND ADDRESS: __William O. Horn, ICE, 302-363-9254__