UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**MARIO MARTINEZ-HERNANDEZ**

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-149M**

I, **MARIO MARTINEZ-HERNANDEZ**, charged in a complaint pending in this District with **ILLEGAL RE-ENTRY AFTER DEPORTATION**, in violation of Title **8**, U.S.C., **1326(a)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

*Mario Francisco Martinez Hernandez*
Defendant

*Eleni Kousoulis*
Counsel for Defendant

*August 28, 2008*

FILED
AUG 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE